**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**FEB 02 2015**

Abel Acosta, Clerk

82,203-02

1/23/2015

To whom it may concern. My name is Reginald Dorsey and I'm currently incarcerated in Denton county jail. I was sentence to 24 months state jail and 5yrs TDCJ sentence running concurrent. On today the date of this letter I have a little more than 16 months back time. I never been to prison or in any trouble with the law in my 40 yrs I been living. I was accussed of insurance fraud and impersonate a public servant back in 2010. I hired an attorney who failed to show I was innocent because I ~~tooked~~ ᴱᴿᴿᴼᴿ lack the funds he wanted. Therefore he went to court without my knowledge and He and the D.A agreed upon placing me on community supervision. My probation was revoked shortly there after due to a ~~docke~~ ᴱᴿᴿᴼᴿ document was turned in by someone neither my probation officer, myself or anyone knowledge of who it was. The Judge in court 211ᵗʰ on November 13ᵗʰ 2012 abandon the document and sentence me to prison due to me not able to pay my court fines and probation fee's because I was injuried. If I may speak freely about this matter, I have been depressed and stressed because my wife and children are suffering the more. My wife is in a battle with cervical cancer, she won the first battle in her twenty's and now it's back worst then before. She has come to peace with herself and telling me she don't know how many

months she have left to live. I don't want to be in no prison while my wife is sick unto death with my children of three being alone in the world without my love and support. I've been married going on 14 yrs and have three beautiful children 2 daughter and a son. While speaking on my children my oldest daughter of 17 yrs of age has been missing since 1/15/2015. I spoke with my wife to find out about my daughter. All of this has Ripped my heart even the more. All I can do is pray and cry because theirs nothing I can do to help my family being incarcerated in Denton County jail waiting to be sent to prison. The attorney I hired for the 11.07 writ of hapeas Corpus also didn't bother to show cause in the matter. He didn't summit the writ with the proper word count the first time and hasen't done it since the Reply back in the month of October of 2014. It's shameful to say in this County of Denton Texas even when you are innocent one is still guilty. A member of the sheriff department told me to write and ask about a P.I.A out of the county. He is all familiar about my wife sickness and my daughter missing while I sit and suffer. Can someone their please advise me on what to do or how can I P.I.A out the county jail. I don't want my wife to die or something to happen worst with my daughter. Help me please  —— Thank You

Reginald Dorsey